Judge Frederick Block
U.S. Court House
225 Cadman Plaza
Brooklyn, NY, 11201

CR-90-446(B)

August 2, 2007

Dear Judge Block,

I pray to the Holy Spirit for guidance in writing this letter hoping you would take time out reading if not for anything but fair justice. Judge in July of 1998 you sentenced me to life, and said that your court would be interested in seeing proof of the governments criminal misconduct in my case from inception, and yet you denied me the evidentiary hearing that was most needed to prove their misdeeds. The prosecutors had deliberately deceived your court, as they did with Judge Eugene Nickerson before you, once Nickerson ordered the prosecutors to turn over any 302's and handwritten notes to my attorney Matthew Brief the government came aware that Nickerson had every intention of later granting an evidentiary hearing. So they issued a pretext letter to Nickerson stating that Casso had confessed his involvement in a plot to kill your honor, an then sent Nickerson a second letter to remind him that Casso might dispute any sentence he got from your honor. Judge Block this was totally untrue. What I did was report the plot to my F.B.I. handlers in March of 1994, and I never confessed to be involved. The prosecutors deceived Judge Nickerson in order to have the judge recuse himself from my case. But yet the very same prosecutors allowed Nickerson to preside over the William Cutolo murder trial nine months after I had first reported Cutolo was plotting to kill Judge Nickerson. Please read the detailed letter enclosed on this issue.

2

Also in 1994. I Reported two corrupt NYPD detectives Louis Eppolito and Steve Caracappa to my F.B.I. Handlers. Showing no interest the Government failed to launch an investigation and immediately leaked my information to the media. Because of the Government not acting when they should have, the two mob cops convictions were thrown out in 2006 by the Honorable Jack Weinstein the statute of limitations had ran out.
Judge Block this was one of many issues presented to you.

The Brooklyn U.S. Attorney's office contends Casso to be a liar, and yet continues to use his information till this day. When on the side of the bridge, David Kelly chief of the Organized Crime Unit, for the Southern District of New York, had again used Casso information at a 2000 U.S. Parole commission Hearing, praising Casso to be truthful, honest, forthright, and a Reliable witness.

Assistant U.S. Attorney David Kelly had also retained 7 Plea conviction in 1998, in New York city's Garment district all Lucchese family members. Solely on Casso's cooperation and first hand information. This is also a matter of Public Record.

Please note, that Lucchese Acting Boss Joseph Defede, was one of the 7 who pleaded guilty, and later became a witness for the Government.

2-A

Judge, I continued trying to gather the proof you had asked for at my 1998 sentencing by my being interviewed by federal agents Paul Sullivan and Craig Trautner from the office of the Inspector General, in 1999 for 3 hours I reported the smuggling operation at Fairton Prisons WIT-SEC unit and how my F.B.I. handlers had ordered me to cover-up my report in 1995.

I gave the O.I.G. agents the names of my case agents and federal prosecutors who were also aware, along with the names of the two government witnesses who were bribing two Bureau of Prison counselors who were in charge of the WIT-SEC unit.

In 2001, Agent Paul Sullivan asked for my cooperation with giving him the names of corrupt F.B.I. agents in New York that had supplied confidential information to me.

I agreed to help only on the condition that I be polygraphed by an independent polygrapher instead of the F.B.I. The O.I.G. refused my request. And had also admitted to turning over my 1999 interview notes to the F.B.I.

Judge Block, nothing was ever investigated.

The F.B.I. would be conducting an investigation on their own cover-ups. In God's name what chance did I have.

It was my case agent Richard Rudolph who ordered me in 1994. Not to reveal the names of the corrupt agents to federal prosecutors Charles Rose and Greg O'Connell.

3

IN YOUR HONORS COURT, IN 2004 FRANK FEDERICO Pleaded Guilty to the murders of Robert Kubecka and Donald Barstow the two Long Island carters. This was done solely on my information I had provided the Government with in 1994, concerning Federico's DNA that was left at the Crime Scene. This too is a matter of Record.

And in a sworn affidavit from my original lawyer Matthew J. Brief, He clearly admits He was literally threatened by the Prosecutors to Remain on as my counsel, until I had Pleaded Guilty in Front of Judge Nickerson. Brief was told otherwise Casso will know some things wrong, and will not Plead Guilty to all counts. The Prosecutors were Right, I would have not Pleaded Guilty if I had known.

Your Honor, I am now 65 Years of age with heart Problems by denying me the Freedom Promised has also brought hardship upon my children and grandchildren and caused the demise of my wife of 38 Years. I am sincerely a changed man, and God only knows I have certainly earned a second chance for Leniency.

Respectfully
Mr. Anthony Casso. Sr.

P.S. Please Note that I was offered a Plea Bargain of 22 Years, before I agreed to cooperate.





To place an ad here, contact Ad Director <u>Suzanne Nicolucci.</u>

# This Week in
# GANG LAND
## The Online Column

EXHIBIT

JOHN D.B. LEWIS
ATTORNEY AT LAW
99 HUDSON STREET
NEW YORK, NEW YORK 10013

March 27, 2003

By Jerry Capeci

## Frankie Pearl Haunted By Blood & Hair

**GANG LAND Exclusive**

Frankie Pearl went to the well once too often.

But when you're a 75-year old wiseguy who's been on the lam for 10 years, you tend to go back to the guys that did right by you in the past when you were running low on funds.

And so, on Jan. 27, at 6:50 PM, Luchese soldier Frank (Frankie Pearl) Federico, (left) looking dapper in a gray suit and black cashmere coat, dutifully arrived at the Twins Donut Shop at 1061 East Tremont Ave. in The Bronx with his last $3000 in his pockets.

Instead of an old friend with cash, Federico was greeted by a team of federal and local law enforcers with cuffs and arrested for the 1989 execution murders of Robert Kubecka and Donald Barstow. Federico had been in the wind since March 1993 when a federal grand jury asked him for blood and hair samples for comparison with evidence left at the scene of the murder – the offices of Kubecka Carting Company in East Northport, L.I.

And if things looked bad for Federico two months ago, they're even worse now, according to preliminary findings of an FBI analysis of blood and hair samples the feds took after he was housed at the Metropolitan Detention Center in Brooklyn to await trial.



The results back up what former Luchese underboss Anthony (Gaspipe) Casso (right) told the FBI a few days before Federico began a sojourn that law enforcement officials believe took him to Italy and back a few times.

Casso's information was later used to obtain murder charges against Federico and cohort Rocco Vitulli. Casso

# N.Y. jury convicts former police of being Mob hitmen

By Larry McShane
The Associated Press

NEW YORK — Two highly decorated former detectives were convicted Thursday of moonlighting as hitmen for the Mob.

Louis Eppolito, 57, and Steven Caracappa, 64, could get life in prison for their roles in eight murders committed from 1986 to 1990 while they were on the payroll of both the New York Police Department and Luchese crime family underboss Anthony "Gaspipe" Casso.



**Caracappa:** Could get life sentence.

Federal prosecutor Daniel Wenner described the case as "the bloodiest, most violent betrayal of the badge this city has ever seen." Prosecutors said the two men carried out two hits themselves — after pulling the victims over in traffic stops — and delivered up some of the other victims to the Mafia to be killed.

Neither defendant showed any emotion during the 10 minutes it took the jury forewoman to reply "proven" 70 times to the racketeering acts of which they were accused. The verdict was reached after two days of deliberations.



**Eppolito:** On crime family's payroll.

The defendants were led off to jail to await sentencing May 22. The men's lawyers plan to appeal.

"It's an appearance of justice, but it's not justice," said Bruce Cutler, who once represented John Gotti and who defended the two former officers. Cutler said the government's Mob witnesses were lying to save their necks.

The attachment, is one of three existing F.B.I. 302-Reports dated between 1991-1992, from cooperating witnesses clearly stating that Casso was receiving confidential information from local law enforcement and within the Federal Bureau of Investigation.
And yet when Casso had himself became a cooperating witness in 1994, he personally confirmed his sources identities to his F.B.I. case agent.
  Still no investigation was ever launched. why.

Judge Block, the F.B.I. and DOJ are part of the problem. Their hands are dirty, they have been covering up the truth from day one because it leads back to them. It makes no sense allowing them to do an investigation of their own actions and deeds is foolish, they will not incriminate themselves.

Also enclosed are other exhibits that will coincide to what is written in my letter, as the truth.

One would think after 3 1/2 years of cooperating, and 14 years of inprisonment the government had gotten their money's worth.

**EXHIBIT**

JOHN D.B. LEWIS
ATTORNEY AT LAW
99 HUDSON STREET
NEW YORK, NEW YORK 10013

FD-302 (Rev. 1-10-87)

-1-

FEDERAL BUREAU OF INVESTIGATION

Date of transcription  12/9/91

A Cooperating Witness (CW), advised that ANTHONY CASSO, also known as (aka) Gaspipe has a very effective contact in law enforcement. CW went on to elaborate that CASSO always seemed to be very much aware of pending indictments and arrests. Approximately three years ago, CASSO informed CW to the fact "I got an FBI Agent. I get solid information".

CW also stated that CASSO and VIC AMUSO were aware of every aspect of the "Windows" case. They were observed on the street on a daily basis until one day prior to the indictments. At that time, they disappeared and went into a fugitive status.

Investigation on  11/29/91  at  Undisclosed  File #  BQ 183A-3502

by  SSA J. BRUCE MOUW/JBM/dam  Date dictated  12/5/91

(39)

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

At Casso's first status hearing, in August 1997, Judge Eugene Nickerson, had ordered assistant US Attorney's George Stamboulidis and Valerie Caproni to turn over Casso's 302's and any hand written notes to Casso's lawyer, Matthew Brief. The government agreed to do so, but seeing that Nickerson had every intention to grant an evidentiary hearing for Casso to prove his case against the government's misconduct and criminal acts.

Stamboulidos and Caproni had gotten panicky of Casso revealing the truth in open court. So they immediately came up with the pretext of Casso plotting to kill Nickerson in order to get the judge recused from Casso's case.

Not only did the government write their first letter to Nickerson about the plot, they wrote a second letter separately to remind Nickerson that Casso might dispute any sentence he got from Nickerson because "he confessed to his role in conspiring, together with other La Cosa Nostra members and associates. To murder your honor."

As you can see Stamboulidis clearly left out the names of the other La Cosa Nostra members and associates purposely, not to make Nickerson aware, that he Nickerson had himself presided over the trial of the Colombo family underboss, William Wild Bill Cutolo, and six associates in November 1994. For participating in eleven murders during the 1992 Colombo wars. Why wasn't Nickerson asked to be recused, that Cutolo and associates might dispute any sentence they got from Nickerson, because Casso had reported their plan to murder the judge nine months earlier.

Assistant US Attorney's George Stamboulidis and Valerie Caproni knew perfectly well that Judge Eugene Nickerson had been made aware that William Cutolo and associates were in fact the original plotters to murder him. And the government had never asked Nickerson to recuse himself from their trial in Nov, 1994. That Nickerson would have not recused himself from Casso, clearly seeing Stamboulidis's letters as a pretext.

And further more, Casso had never confessed of being a part of Nickerson's murder plot. It was first mentioned to Casso, by Colombo underboss William Will Bill Cutolo, while at the Federal Manhattan Detention Lockup in 1993. Cutolo was awaiting trial.

It's as plain as day that the government prosecutors had deliberately withheld the Colombo plotters' names in deceiving Judge Nickerson to recuse himself, in order to breach Casso's agreement.

Judge Frederick Block, had denied Casso the opportunity to prove the government's misconduct in this and many other issues as well by denying Casso an evidentiary hearing.

JOHN D.B. LEWIS
ATTORNEY AT LAW
99 HUDSON STREET
NEW YORK, NEW YORK 10013

**EXHIBIT** 1912

GOVERNMENT EXHIBIT

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,      :    CR-93-1230

          v.                   :    United States Courthouse
                                    Brooklyn, New York
WILLIAM CUTOLO,                :
VINCENT DEMARTINO,
GABRIEL SCIANNA,               :
MICHAEL SPATARO,
FRANK IANACCI,                 :
FRANK CAMPANELLA,
JOSEPH RUSSO,                  :
                                    Nov. 3, 1994
          Defendants.          :    9:30 a.m.

- - - - - - - - - - - - - - - X


                    TRANSCRIPT OF TRIAL
            BEFORE THE HONORABLE EUGENE H. NICKERSON
            UNITED STATES DISTRICT JUDGE and a jury


APPEARANCES:

For the Government:       ZACHARY W. CARTER
                          United States Attorney
                          By:  ANDREW WEISSMAN, ESQ.
                               JAMES ORENSTEIN, ESQ.
                          Assistant United States Attorneys
                          225 Cadman Plaza East
                          Brooklyn, New York 11201


For the                   LaROSSA, MITCHELL & ROSS
Defendant Cutolo:         41 Madison Avenue
                          New York, N.Y.
                          By:  JAMES LaROSSA, ESQ.




        FREDERICK R. GUERINO, C.S.R.    OFFICIAL COURT REPORTER
```