KDE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -                                                           90-CR-446-3 (FB)

ANTHONY CASSO,

               Defendant.

- - - - - - - - - - - - - - - - - -X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Keith D. Edelman from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to "United States of America" in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Keith D. Edelman
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East, 6th Floor
    Brooklyn, New York 11201
    Tel:  (718) 254-6328
    Fax: (718) 254-6605
    Email: Keith.Edelman@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Keith D. Edelman at the email address set forth above.

Dated: Brooklyn, New York
November 6, 2020

Respectfully submitted,

SETH D. DuCHARME
Acting United States Attorney

By: /s/ Keith D. Edelman
Keith D. Edelman
Assistant U.S. Attorney

cc: Clerk of the Court (FB) (by ECF)
Counsel of Record (by ECF)