**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No. 1:90-cr-00446-FB-3 |
| ANTHONY CASSO, | The Honorable Frederic Block |
| Defendant. | |

**DEFENDANT ANTHONY CASSO'S NOTICE OF EMERGENCY MOTION**
**FOR COMPASSIONATE RELEASE**

PLEASE TAKE NOTICE that Defendant Anthony Casso will move this Court on November 13, 2020, at 10:00 a.m., or at a date and time set by the Court as soon as practicable, before the Honorable Frederick Block, at the United States Courthouse, 225 Cadman Plaza, Brooklyn, NY, for an Order pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) reducing his term of imprisonment to time served and modifying the remainder of his sentence to supervised release under home confinement. Defendant also hereby moves this Court for an order shortening time permitting this Court to hear this emergency motion on an expedited basis on November 13, 2020, and requesting that the Government respond on or before November 12, 2020.

This Motion is made upon this Notice, the accompanying Memorandum of Law in Support of Defendant Anthony Casso's Emergency Motion for Compassionate Release, the attached declaration and accompanying exhibits, and on such additional papers and arguments as may be presented at or before the hearing on this matter.

| | | |
|---|---|---|
| DATED: | November 10, 2020<br>New York, NY | Respectfully submitted,<br><br>*/s/ James D. Arden*  _____<br>James D. Arden<br>SIDLEY AUSTIN LLP<br>787 Seventh Ave.<br>New York, NY 10019<br>Tel: +1 (212) 839-5889<br>jarden@sidley.com<br>*Counsel for Defendant*<br>*Anthony Casso* |