

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

9300 South Wilmot Road
Tucson, Arizona 85756



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 07 2021 ★

BROOKLYN OFFICE

December 15, 2020

Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Casso, Anthony
    Register No.: 16802-050
    Docket No.: 90-CR-446(S-4)-01

Dear Judge Block,

I regret to inform you that Mr. Anthony Casso died on December 15, 2020, due to complications from COVID-19 pneumonia.

Mr. Casso was sentenced in the Eastern District of New York. He was given a Life sentence for Racketeering, Conspiracy to Commit Murder, Murder, Conspiracy to Bribe Labor Unions, Conspiracy to Commit Extortion, and Conspiracy to Commit Income Tax Evasion. He was 78 years-old at the time of his death.

If you have any further questions, please do not hesitate to contact me.

Sincerely,

Danon Colbert
Acting Complex Warden

cc: M. Rios, Regional Director
    Western Regional Office