UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------x
:
UNITED STATES OF AMERICA  : Case No. 1:90-cr-00446-FB
:
  -against-  :
:
ANTHONY CASSO  : **MOTION FOR LEAVE TO**
                    Defendant.  : **WITHDRAW AS COUNSEL**
:
---------------------------------------x

    PLEASE TAKE NOTICE that, pursuant to Local Criminal Rule 1.2 and upon the accompanying Declaration of Qais Ghafary, I hereby move this Court to withdraw my appearance for defendant Anthony Casso, and to remove my name from the ECF service lists in the above-captioned action.

| | |
|---|---|
| Dated: New York, New York<br>       May 13, 2021 | By:   */s/ Qais Ghafary*<br>     Qais Ghafary<br>     SIDLEY AUSTIN LLP<br>     787 Seventh Avenue<br>     New York, New York 10019<br>     (212) 839-5300<br>     qghafary@sidley.com<br><br>     *Attorney for Anthony Casso* |