UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------x
: 
UNITED STATES OF AMERICA : Case No. 1:90-cr-00446-FB
:
-against- :
:
ANTHONY CASSO : **DECLARATION OF QAIS GHAFARY**
:
Defendant. :
:
------------------------------------x

Qais Ghafary, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an associate at the law firm Sidley Austin LLP ("Sidley Austin"), counsel for Anthony Casso in this matter. I submit this declaration in compliance with Local Criminal Rule 1.2 to notify the Court that I am withdrawing as counsel because I will be leaving my employment at Sidley Austin.

2. My withdrawal will not delay the matter or prejudice any party, and I am not retaining or charging a lien.

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York         By:  */s/ Qais Ghafary*
      May 13, 2021                                  Qais Ghafary
                                                          SIDLEY AUSTIN LLP
                                                          787 Seventh Avenue
                                                          New York, New York 10019
                                                          (212) 839-5300
                                                          qghafary@sidley.com

                                                          *Attorney for Anthony Casso*